Shamsun Nahar IQBAL; Sami Jony Iqbal, Petitioners,

v.

Alberto GONZALES, Attorney General,* Respondent.

No. 03–71049.

Agency Nos. A75–691–627, A75–691–004.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 14, 2005.**

Decided Feb. 17, 2005.

Ahmed M. Abdallah, Esq., Attorney at Law, Los Angeles, CA, for Petitioners.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General. *See* Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Timothy P. McIlmail, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before KOZINSKI and TROTT, Circuit Judges, and SAND, District Judge.***

MEMORANDUM ****

Substantial evidence supports the immigration judge's determination that petitioners failed to provide credible evidence showing their eligibility for asylum or withholding of removal. *See Lata v. INS,* 204 F.3d 1241, 1244 (9th Cir.2000). Substantial evidence also supports the immigration judge's finding that petitioners did not establish that they were entitled to protection under the Convention Against Torture. *See Lanza v. Ashcroft,* 389 F.3d 917, 936 (9th Cir.2004).

DENIED.

---

*** The Honorable Leonard B. Sand, Senior United States District Judge for the Southern District of New York, sitting by designation.

**** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General. *See* Fed. R.App. P. 43(c)(2).